## 15582

### FIRST PRESBYTERIAN CHURCH OF YORK v. YORK DEPOSITORY *ET AL.*

(27 S. E. (2d), 573)

April, 1943.

414

424

*Messrs. Hart & Moss,* of York, S. C., Counsel for Appellant,

*Mr. R. B. Hildebrand,* of York, S. C., Counsel for Respondent,

November 5, 1943.

·PER CURIAM.

The exceptions to the order of Judge Lide, who tried this case on Circuit, have been carefully considered and are found to be without merit. The order, in our opinion, is a correct disposition of the controversy. It is affirmed and adopted as the judgment of this Court, and will be reported.

MESSRS. ASSOCIATE JUSTICES BAKER, FISHBURNE and STUKES and CIRCUIT JUDGES T. S. SEASE and E. H. HENDERSON, ACTING ASSOCIATE JUSTICES, concur.